**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6760**

_____

PETE SMITH,

 Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

 Respondent - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-03-154-1)

_____

Submitted: August 28, 2003          Decided: September 8, 2003

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pete Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pete Smith, a federal prisoner, appeals the district court's order adopting the order of a magistrate judge and dismissing his petition filed under 28 U.S.C. § 2241 (2000) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. United States, No. CA-03-154-1 (M.D.N.C. filed Apr. 24, 2003; entered Apr. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED